IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FINANCIAL FEDERAL CREDIT, INC., § § Plaintiff, § § v. § § GARY L. WILLS, JAMES R. HILL, § WILLS INC., and WILLS § DEVELOPMENT COMPANY, L.L.C., § § Defendants. § | CIVIL ACTION NO. H-08-0633 |

### ORDER

Pending before the court is the Motion to Transfer Venue of Defendants Gary L. Wills, Wills Inc., and Wills Development Company, L.L.C. (Docket Entry No. 9), together with the supporting Brief (Docket Entry No. 10). Although the motion was filed on March 24, 2008, plaintiff, Financial Federal Credit, Inc., has not responded. Having carefully considered the motion and the criteria for transfer of venue under 28 U.S.C. § 1404(a), the court is persuaded that the convenience of the parties and the interest of justice weigh in favor of the transfer of this action to the United States District Court for the District of Nebraska.

Accordingly, the Motion to Transfer Venue of Defendants Gary L. Wills, Wills Inc., and Wills Development Company, L.L.C.

(Docket Entry No. 9) is **GRANTED**; and this action is **TRANSFERRED** to the United States District Court for the District of Nebraska.

**SIGNED** at Houston, Texas, on this 22nd day of April, 2008.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE