# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FINANCIAL FEDERAL CREDIT, INC. | ) ) ) | |
| Plaintiff, | ) ) | 8:08CV184 |
| vs. | ) ) | ORDER TO SHOW CAUSE |
| GARY L. WILLS, et al., | ) ) | |
| Defendants. | ) | |

The records of the court show that on April 25, 2008, a letter (Filing No. 21) was sent to

**Patricia Hair**
**PHELPS, DUNBAR LAW FIRM - HOUSTON**
**700 Louisiana, Suite 2600**
**Houston, TX 77002**

from the Office of the Clerk directing that she register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

As of the close of business on May 27, 2008, Ms. Hair has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **June 16, 2008,** attorney Hair shall register for the System or show cause by written affidavit why she cannot comply with the rules of the court.

DATED this 28th day of May, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge