**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **FINANCIAL FEDERAL CREDIT INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV184 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **GARY L. WILLS, JAMES R. HILL,** | ) | |
| **WILLS, INC. and** | ) | |
| **WILLS DEVELOPMENT COMPANY, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Patricia Hair's Motion For Leave to Withdraw (Filing No. 37). Ms. Hair seeks leave to withdraw as counsel for Wills, Inc. and Wills Development Company, LLC. Ms. Hair states she was counsel for these defendants when the case was originally filed in the United States District Court for the Southern District of Texas and prior to the transfer of venue to this district. Substitute counsel has now entered an appearance on behalf of Wills, Inc. and Wills Development Company, LLC. For good cause shown pursuant to NEGenR 1.3(f), Ms. Hair shall be given leave to withdraw. Accordingly,

**IT IS ORDERED:**

1. Patricia Hair's Motion For Leave to Withdraw (Filing No. 37) is granted.
2. The Clerk of Court shall stop all notices to Ms. Hair regarding this case.

DATED this 24th day of June, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge