# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FINANCIAL FEDERAL CREDIT INC., <br><br>    Plaintiff, <br><br>v. <br><br>GARY L. WILLS, JAMES R. HILL, WILLS, INC. and WILLS DEVELOPMENT COMPANY, LLC, <br><br>    Defendants. | CASE NO. 8:08CV184 <br><br>**JUDGMENT AGAINST WILLS, INC. AND WILLS DEVELOPMENT COMPANY, LLC** |

THIS MATTER is before the Court pursuant to the Joint Stipulation for Entry of Judgment filed by Plaintiff Financial Federal Credit, Inc. ("FFCI") and Defendants Wills, Inc. and Wills Development Company, LLC. Having reviewed the Stipulation and the record, the Court finds and concludes as follows:

1. Pursuant a written Guaranty which Wills, Inc. executed on July 9, 2004, and a written Guaranty which Wills Development Company, LLC executed on December 6, 2006, both Wills, Inc. and Wills Development Company, LLC are indebted to Plaintiff FFCI in the amount of $265,525.91, plus interest from November 29, 2007 forward, in the amount of $64,255.84 through March 26, 2009, accruing at $132.76 *per diem*.

2. It is undisputed that Wills, Inc. and Wills Development Company, LLC are in default and are jointly and severally liable to Plaintiff for the indebtedness, as well as the costs and fees incurred by FFCI to enforce the Guarantees in this action.

3. Wills, Inc. and Wills Development Company, LLC have accordingly consented to entry of the Judgment below:

IT IS ORDERED, AJUDGED, AND DECREED THAT judgment is hereby entered for the Plaintiff, Financial Federal Credit, Inc., and against Defendants Wills, Inc. and Wills Development Company, LLC, jointly and severally, in the amount of $265,525.91, plus interest from November 29, 2007 forward, (currently in the amount of $64,255.84 through March 26, 2009), accruing at $132.76 *per diem*; the costs of this action; and attorneys fees incurred by Plaintiff for enforcement of the Guarantees in the amount of $7,879.50.

Dated this 10th day of April, 2009.

_____
Hon. Joseph F. Bataillon
United States District Judge