# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

FINANCIAL FEDERAL CREDIT INC.,

      Plaintiff,

v.

GARY L. WILLS, JAMES R. HILL, WILLS, INC. and WILLS DEVELOPMENT COMPANY, LLC,

      Defendants.

CASE NO. 8:08CV184

**ORDER DIRECTING ADMINISTRATIVE CLOSURE**

THIS MATTER is before the Court pursuant to communication from counsel and the Court's review of Filing No. 7 in the Nebraska Bankruptcy Adversary Proceeding of A08-8063-TJM, as well as the Report and Recommendation of the Bankruptcy Court at Filing No. 55 in the above-captioned case. Based upon these documents, the Court finds that named Defendant Gary L. Wills ("Wills") was dismissed from this action when it was pending before the Bankruptcy Court, and that Wills is no longer a defendant. The Clerk of Court is hereby directed to notate in the docketing system that this case is closed as to Defendant Wills.

      SO ORDERED.

Dated: ___December 14, 2009___

_____
Honorable Joseph F. Bataillon
United States District Judge

Prepared and submitted by:
John A. Sharp (#23111)
BAIRD HOLM LLP
DOCS/948421.1